916 F.2d 1377
 Francis A. LaPLANT, and Clara J. LaPlant, Plaintiffs-Appellants,
v.
UNITED STATES of America and its Department of Agriculture,
Farmers Home Administration; John R. Block, Secretary of
Agriculture; Charles W. Shuman, FmHA Administrator; Arthur
R. Lund, FmHA State Director; Theodore L. Hebnes, FmHA
Acting State Director; Dale Gilbert, FmHA District
Director; Charles Green, FmHA employee; and Claude
Hargrove, FmHA County Director, Defendants-Appellees.
 No. 87-4046.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted Oct. 6, 1988.
Opinion Filed April 13, 1989.
Opinion Withdrawn Oct. 26, 1990.
Order Filed Oct. 26, 1990.
 
 Kenneth R. Olson, Baiz & Olson, Great Falls, Mont., for plaintiffs-appellants.
 Carl E. Rostad, Asst. U.S. Atty., Great Falls, Mont., for defendants-appellees.
 Appeal from the United States District Court for the District of Montana; Paul G. Hatfield, District Judge, Presiding.
 Before SCHROEDER, ALARCON and NORRIS, Circuit Judges.
 
 ORDER
 
 1
 The petition for rehearing filed April 27, 1989, is GRANTED.
 
 
 2
 The opinion of the court, filed April 13, 1989, 872 F.2d 881, is WITHDRAWN, and REPLACED by the following disposition:
 
 
 3
 The judgment of the district court is REVERSED. See Love v. U.S.A., 915 F.2d 1242 (9th Cir.1990).